891 A.2d 611

IN THE MATTER OF FERNANDO J. REGOJO,
AN ATTORNEY AT LAW.

February 8, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–294, concluding that **FERNANDO J. REGO- JO** of **NORTH BERGEN**, who was admitted to the bar of this State in 1981, should be censured for violating *RPC* 1.1(a) (gross

neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **FERNANDO J. REGOJO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.